JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

CHARTER COMMUNICATIONS, INC., and CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,

Plaintiffs,

v.

AARON M. KRUGEL, CM ENTERPRISE HOLDINGS, LLC and LEADING LIGHT HOLDINGS, LLC,

Defendants.

Case No. 8:26-cv-01307-DOC (SSCx)

District Judge David O. Carter

**CONSENT JUDGMENT AND PERMANENT INJUNCTION [33]**

Action Filed: May 26, 2026

This matter comes before the Court on the joint motion of Plaintiffs Charter Communications, Inc. and Charter Communications Holding Company, LLC (collectively, "Charter") and Defendants Aaron M. Krugel, CM Enterprise Holdings, LLC, and Leading Light Holdings, LLC (collectively, "Defendants") for approval of this Consent Judgment and Permanent Injunction. For purposes of settlement, and without any admission of liability or wrongdoing, Charter and Defendants have agreed that this Consent Judgment and Permanent Injunction is in the best interest of the parties.

The Court, having reviewed the parties' submission, and the parties having consented to the entry of this Consent Judgment and Permanent Injunction, hereby enters judgment as follows.

It is ORDERED, ADJUDGED, and DECREED as follows:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 because Charter's claims arise under the Lanham Act, 15 U.S.C. §§ 1114 and 1125, and supplemental jurisdiction over Charter's state law claims under 28 U.S.C. § 1367. The Court has personal jurisdiction over Defendants, and venue is proper in this district. Defendants waive any objection to the jurisdiction of this Court for purposes of entry and enforcement of this Consent Judgment and Permanent Injunction.

2. Defendants, together with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert or participation with them who receive actual notice of this Consent Judgment and Permanent Injunction, are hereby PERMANENTLY ENJOINED from the following:

(a) using Charter's "Spectrum," "Spectrum Business," "Spectrum Community Solutions," and related marks, as more fully identified in the Certificates of Registration from the United States Patent and Trademark Office attached hereto as Exhibits 1 through 19 and incorporated herein by reference (collectively, the "Spectrum Marks"), including using "Spectrum," "Charter," and "Cox," or its related

marks (including "spectrum.net") in connection with the advertising, marketing, promotion, sale, or offering for sale of any goods or services;

(b) representing, directly or indirectly, that any Defendant is an employee, agent, representative, or affiliate of Charter or any of its affiliates, or that any Defendant is affiliated with, sponsored by, or approved by Charter;

(c) directly or indirectly soliciting, offering, marketing, selling, reselling, or otherwise providing any Charter service, product, or subscription to any person or entity known to Defendants to be a prospective customer, existing customer, or customer eligible for renewal of Charter services;

(d) entering into, renewing, or maintaining any Channel Partner agreement or similar third-party distribution agreement for the purpose of offering, marketing, or selling services under or in connection with the Spectrum Marks; and

(e) using, disclosing, distributing, or otherwise exploiting any of Charter's Confidential or Proprietary Business Information in connection with any current or future business endeavor. For purposes of this Consent Judgment and Permanent Injunction, "Confidential or Proprietary Business Information" means any non-public, confidential, or proprietary information of Charter or its affiliates, in any form or medium, including without limitation: (i) internal, discretionary, or non-public pricing materials, rate cards, quotes, discounts, and pricing methodologies; (ii) customer and prospective customer lists, contact information, account information, contract terms, services details, and renewal or expiration dates; (iii) sales, marketing, and business strategies, methods, and processes; (iv) trade secrets or other commercially sensitive business information; and (v) any information Defendants obtained, accessed, or derived through the use of any "spectrum.net" email account or otherwise through Defendants' unauthorized access to Charter's systems or accounts.

3. Within fourteen (14) days after entry of this Consent Judgment and Permanent Injunction, Defendants shall deliver to counsel for Charter a written

certification, signed under penalty of perjury, confirming that Defendants have destroyed or returned to Charter all Confidential or Proprietary Business Information in their possession, custody, or control, and that Defendants have not retained any copies thereof in any form. The certification shall further confirm that Defendants will not use any Confidential or Proprietary Business Information in connection with any current or future business endeavor.

4. Judgment is hereby entered in favor of Charter and against Defendants, jointly and severally, in the amount of $150,000.00, representing $5.00 for each of the approximately 30,000 infringing emails Defendants sent using “spectrum.net” email addresses, as alleged in the Complaint.

5. Enforcement of the monetary judgment set forth in Paragraph 4 shall be SUSPENDED, and Charter shall not execute upon it, so long as Defendants fully and timely comply with the terms of this Consent Judgment and Permanent Injunction for a period of five (5) years from the date of this Consent Judgment and Permanent Injunction (“the Compliance Period”). Provided Defendants remain in full compliance with this Consent Judgment and Permanent Injunction throughout the Compliance Period, the monetary judgment shall be deemed satisfied without payment upon expiration of the Compliance Period.

6. In the event any Defendant breaches any provision of this Consent Judgment and Permanent Injunction during the Compliance Period, the full amount of the monetary judgment set forth in Paragraph 4 shall, upon motion by Charter and a finding of breach by the Court, become immediately due and payable in full, together with post-judgment interest as allowed by law, without prejudice to any other remedy available to Charter for such breach, including a motion for contempt.

7. This Court retains continuing jurisdiction over the parties and the subject matter of this action for the purpose of interpreting and enforcing this Consent Judgment and Permanent Injunction.

8. Except as otherwise provided herein, each party shall bear its own

attorneys' fees and costs incurred in this action through the entry of this Consent Judgment and Permanent Injunction. In the event Charter brings any motion or proceeding to enforce this Consent Judgment and Permanent Injunction, Charter shall be entitled to recover from Defendants its reasonable attorneys' fees and costs incurred in connection with such enforcement. All claims not specifically enumerated in this Consent Judgment and Permanent Injunction are denied, and this constitutes the final judgment of the Court.

**IT IS SO ORDERED.**

DATED: September 30, 2026

Hon. David O. Carter

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# SPECTRUM

**Reg. No. 5,098,550**

**Registered Dec. 13, 2016**

**Amended May 06, 2025**

**Int. Cl.: 37, 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 37: installation, maintenance and repair of computer networking hardware

FIRST USE 6-15-2015; IN COMMERCE 6-15-2015

CLASS 38: transmission of data, voice, sound, text, images, graphics, video and information; Internet access provider services; electronic messaging; providing communications connections to local and wide area computer network systems; electronic mail services

FIRST USE 7-6-2015; IN COMMERCE 7-6-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4573784, 4618728, 4591882

SER. NO. 86-794,492, FILED 10-21-2015

Coke Morgan Stewart

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# SPECTRUM ENTERPRISE

**Reg. No. 6,969,176**

**Registered Jan. 31, 2023**

**Int. Cl.: 37**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 37: Installation, maintenance and repair of telephone, television, computer networking hardware and telecommunications systems

FIRST USE 12-31-2015; IN COMMERCE 12-31-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5172050, 5098550, 6311602

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 97-305,949, FILED 03-10-2022

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 3

United States of America
United States Patent and Trademark Office

# SPECTRUM

**Reg. No. 5,098,473**

**Registered Dec. 13, 2016**

**Amended May 13, 2025**

**Int. Cl.: 37, 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 37: installation, maintenance and repair of telephone hardware

FIRST USE 6-15-2015; IN COMMERCE 6-15-2015

CLASS 38: transmission of sound, information, data, voice, and text; telephone communication services; providing telephone conferencing services; call forwarding services; voice over internet protocol (VOIP) services; providing communications connections to telephone network systems

FIRST USE 7-6-2015; IN COMMERCE 7-6-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4618729, 4591882, 4573785

SER. NO. 86-783,673, FILED 10-09-2015

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 4

# United States of America

## United States Patent and Trademark Office

# SPECTRUM

**Reg. No. 6,311,602**

**Registered Apr. 06, 2021**

**Corrected May 24, 2022**

**Int. Cl.: 37, 42**

**Service Mark**

**Principal Register**

CHARTER COMMUNICATIONS HOLDING COMPANY, LLC
(DELAWARE LIMITED LIABILITY COMPANY)
12405 POWERSCOURT DRIVE
ST. LOUIS, MISSOURI 63131

CLASS 37: Telecommunications contracting services, namely, installation, repair and maintenance of telecommunications systems

FIRST USE 1-1-1993; IN COMMERCE 1-1-1993

CLASS 42: Consulting in the field of telecommunications technology and systems

FIRST USE 1-1-1993; IN COMMERCE 1-1-1993

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-958,589, FILED 06-12-2018

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 5

# United States of America

## United States Patent and Trademark Office

# SPECTRUM BUSINESS

**Reg. No. 5,172,050**

**Registered Mar. 28, 2017**

**Int. Cl.: 37**

**Service Mark**

**Principal Register**

Charter Communications Holding Company,LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MO 63131

CLASS 37: installation, maintenance and repair of telephone and computer networking hardware

FIRST USE 2-23-2016; IN COMMERCE 2-23-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4618730, 4618726, 4618729

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS"

SER. NO. 86-550,167, FILED 03-02-2015
ROBERT C CLARK, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 6

United States of America
United States Patent and Trademark Office

# SPECTRUM

**Reg. No. 4,956,860**
**Registered May 10, 2016**
**Amended Jul. 16, 2024**
**Int. Cl.: 38**
**Service Mark**
**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: Transmission of sound, video and information, namely, transmission of interactive guides to audio and video content; transmission of sound and video

FIRST USE 1-5-2016; IN COMMERCE 1-5-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-490,161, FILED 12-24-2014

Katherine Kelly Vidal
Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 7

# United States of America
## United States Patent and Trademark Office

# SPECTRUM BUSINESS

**Reg. No. 8,114,482**

**Registered Jan. 27, 2026**

**Int. Cl.: 37**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63101

CLASS 37: Installation, maintenance and repair of television and telecommunications systems

FIRST USE 2-20-2025; IN COMMERCE 2-20-2025

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5172050, 5028677, 5916316

No claim is made to the exclusive right to use the following apart from the mark as shown: BUSINESS

SER. NO. 99-107,753, FILED 03-27-2025

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 8

# United States of America
## United States Patent and Trademark Office

Spectrum
ENTERPRISE

**Reg. No. 7,408,612**

**Registered Jun. 04, 2024**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: internet access provider services; providing wireless access to the internet; providing backup wireless internet access services; providing telecommunications connections to local and wide area computer network systems and software defined wide area networks; computer network access services by means of a metro ethernet and dense wavelength division multiplexing; telephone services; telephone communication services; voice over internet protocol (VoIP) services; telecommunication services, namely, session initiation protocol (SIP) trunking services; television transmission services; transmission of television and audio signals over fiber optic cables; telecommunication services, namely, transmission of sound, video, information, data, voice, text, images and graphics; providing electronic telecommunication connections to cloud computer environments

FIRST USE 1-31-2017; IN COMMERCE 1-31-2017

The mark consists of the wording "SPECTRUM ENTERPRISE" with a triangular arrow point to the right.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 98-120,803, FILED 08-07-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 9

# United States of America
## United States Patent and Trademark Office

Spectrum
ENTERPRISE

**Reg. No. 7,299,475**

**Registered Feb. 06, 2024**

**Int. Cl.: 37**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 37: Installation, maintenance and repair of telephone, television, computer networking hardware and telecommunications systems

FIRST USE 1-31-2017; IN COMMERCE 1-31-2017

The mark consists of the word "SPECTRUM" with a triangular arrow to the right and the word "ENTERPRISE" underneath the word "SPECTRUM".

OWNER OF U.S. REG. NO. 6969176, 6969175, 6311602

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 97-799,707, FILED 02-17-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 10

# United States of America

## United States Patent and Trademark Office

# SPECTRUM BUSINESS

**Reg. No. 5,028,677**

**Registered Aug. 23, 2016**

**Int. Cl.: 38, 42**

**Service Mark**

**Principal Register**

Charter Communications Holding Company,LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MO 63131

CLASS 38: cable television transmission and related interactive communication services, namely, transmission of sound, video and information; transmission of interactive television program guides; cable television transmission; telecommunications services, namely, transmission of data, voice, sound, text, images, graphics, video and information; Internet access provider services; telephone communication services; electronic messaging; call forwarding services; paging services; voice over internet protocol (VOIP) services; providing virtual private network (VPN) services; electronic mail services; video conferencing services; providing telephone conferencing services; providing communications connections to local and wide area computer and telephone network systems

FIRST USE 2-23-2016; IN COMMERCE 2-23-2016

CLASS 42: hosting of web sites; hosting digital content of others on a remotely managed network infrastructure; computer services, namely, internet protocol address management; providing electronic storage, backup, archiving and retrieval of data, messages and digital content; planning, design and management of information technology systems, namely, configuration, implementation and management of information technology systems in the field of information technology security and configuration, implementation and management of other information technology networks on behalf of others

FIRST USE 2-23-2016; IN COMMERCE 2-23-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4618730, 4618726, 4618729

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS"

SER. NO. 86-979,569, FILED 03-02-2015
ROBERT C CLARK, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 11

# United States of America

## United States Patent and Trademark Office

# SPECTRUM ENTERPRISE

**Reg. No. 7,202,185**

**Registered Oct. 24, 2023**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: Providing electronic telecommunication connections to cloud computer environments

FIRST USE 1-31-2017; IN COMMERCE 1-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5172050, 6311602, 5014772

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 97-975,972, FILED 03-10-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 12

# United States of America

## United States Patent and Trademark Office

Spectrum internet

**Reg. No. 7,258,180**

**Registered Jan. 02, 2024**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: Transmission of data, voice, sound, text, images, graphics, video and information; internet access provider services; providing communications connections to local and wide area computer network systems

FIRST USE 8-31-2021; IN COMMERCE 8-31-2021

The mark consists of the wording "SPECTRUM", with a triangular arrow point to the right of the "M" in the word "SPECTRUM" and the word "INTERNET" below the word "SPECTRUM".

OWNER OF U.S. REG. NO. 4618732, 4618728, 5098550

No claim is made to the exclusive right to use the following apart from the mark as shown: "INTERNET"

SER. NO. 97-601,124, FILED 09-21-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 13

# United States of America

## United States Patent and Trademark Office

SPECTRUM BUSINESS INTERNET

**Reg. No. 5,014,772**

**Registered Aug. 02, 2016**

**Int. Cl.: 38, 42**

**Service Mark**

**Principal Register**

Charter Communications Holding Company,LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MO 63131

CLASS 38: telecommunications services, namely, transmission of data, voice, sound, text, images, graphics, video and information; Internet access provider services; electronic messaging; providing virtual private network (VPN) services; providing communications connections to local and wide area computer network systems; electronic mail services

FIRST USE 2-23-2015; IN COMMERCE 2-23-2015

CLASS 42: hosting of web sites; hosting digital content of others on a remotely managed network infrastructure; computer services, namely, internet protocol address management; providing electronic storage, backup, archiving and retrieval of data, messages and digital content; planning, design and management of information technology systems, namely, configuration, implementation and management of information technology systems in the field of information technology security and configuration, implementation and management of other information technology networks on behalf of others

FIRST USE 2-23-2015; IN COMMERCE 2-23-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4618732, 4618728, 4591882

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS INTERNET"

SER. NO. 86-979,567, FILED 03-30-2015

HANNA CHO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 14

# United States of America

## United States Patent and Trademark Office

# SPECTRUM ENTERPRISE

**Reg. No. 6,969,175**

**Registered Jan. 31, 2023**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 35: Providing business advice and information in the field of telecommunications and data security; Providing purchase advisory and consulting services to consumers for the purchase of fiber, telecommunications and networking equipment; Business consulting, management, and planning services in the field of telecommunications and data security; Providing business information, including via the internet, the cable network and other forms of data transfer; Providing information about commercial business and commercial information via the global computer network

FIRST USE 12-31-2015; IN COMMERCE 12-31-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5779233, 5172050, 6311602

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 97-305,944, FILED 03-10-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 15

# United States of America

## United States Patent and Trademark Office

# CHARTER SPECTRUM

**Reg. No. 4,618,726**

**Registered Oct. 07, 2014**

**Corrected Mar. 01, 2022**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: Telecommunications, namely, the electronic transmission of data, sound, text, images and video by means of fiber optics, coaxial cable, satellite, transmission media, and via wireless devices. Cable television communications services, namely, the interactive distribution and transmission of analog and digital format television programs, video, audio, music, program listings and data via cable networks, satellite, computers, the global computer network, fiber optics networks, wireless networks and devices that enable communications; pay-per-view television and video transmission services; video-on-demand television transmission services; and interactive television broadcasting and transmission services providing access to information from third-party sources and the global computer network; providing broadband internet access; providing broadband internet access services to end users; providing multiple-user access to a global computer network [, and providing virtual private network (VPN) services ] ; providing communications connections to local and wide area computer and telephone network systems [, and providing electronic mail services ] . Telephone services, namely, local and long-distance domestic and international telephone services, voice over internet protocol communications services, local and long distance transmission of voice, sound, data, text, images and graphics by means of prepaid telephone calling cards; video and voice conferencing and transmission services; [ electronic messaging and ] call forwarding services; [ paging services; electronic mail services; ] electronic transmission of data, sound, images and video to support distance education networks

FIRST USE 3-24-2014; IN COMMERCE 3-24-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2509312, 2461485, 3899216

SER. NO. 86-117,870, FILED 11-13-2013

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 16

# United States of America

## United States Patent and Trademark Office

# SPECTRUM

**Reg. No. 4,952,769**

**Registered May 03, 2016**

**Amended Apr. 22, 2025**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: cable television transmission [ and related interactive communication and guide services, ], namely, transmission of sound, video and information; [ transmission of interactive television program guides; ] transmission of sound, video and information, namely, [ transmission of interactive guides to audio and video content; ] telecommunications services, namely, transmission of data, voice, sound, text, images, graphics, video and information

FIRST USE 2-23-2015; IN COMMERCE 2-23-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4618726, 4618731, 4618727

SER. NO. 86-565,037, FILED 03-16-2015

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 17

# United States of America

## United States Patent and Trademark Office

Spectrum ENTERPRISE

**Reg. No. 7,299,474**

**Registered Feb. 06, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 35: Providing business advice and information in the field of telecommunications and data security; Providing purchase advisory and consulting services to consumers for the purchase of fiber, telecommunications and networking equipment; Business consulting, management, and planning services in the field of telecommunications and data security; Providing business information, including via the internet, the cable network and other forms of data transfer; Providing information about commercial business and commercial information via the global computer network

FIRST USE 1-31-2017; IN COMMERCE 1-31-2017

The mark consists of the word "SPECTRUM" with a triangular arrow to the right and the word "ENTERPRISE" underneath the word "SPECTRUM".

OWNER OF U.S. REG. NO. 6969176, 6969175, 6311602

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 97-799,691, FILED 02-17-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 18

# United States of America

## United States Patent and Trademark Office

# SPECTRUM ENTERPRISE

**Reg. No. 7,040,867**

**Registered May 02, 2023**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Charter Communications Holding Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 38: Internet access provider services; Providing wireless access to the Internet; Providing backup wireless internet access services; Providing communications connections to local and wide area computer network systems and software defined wide area networks; computer network access services by means of a metro ethernet and dense wavelength division multiplexing; Telephone services; Telephone communication services; Voice over internet protocol (voip) services; Session initiation protocol (SIP) trunking services; Television transmission services; Streaming of audiovisual material on the Internet; Transmission of television and audio signals over fiber optic cables; Transmission of interactive television program guides; Transmission of sound, video, information, data, voice, text, images and graphics

FIRST USE 1-31-2017; IN COMMERCE 1-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5098473, 5172050, 5098550

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENTERPRISE"

SER. NO. 97-305,957, FILED 03-10-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 19

# United States of America

## United States Patent and Trademark Office

Spectrum
BUSINESS

**Reg. No. 5,916,316**

**Registered Nov. 19, 2019**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Charter Communications Holding Company,LLC (DELAWARE LIMITED LIABILITY COMPANY)
12405 Powerscourt Drive
St. Louis, MISSOURI 63131

CLASS 42: Hosting of web sites; hosting digital content of others on a remotely managed network infrastructure; computer services, namely, internet protocol address management; providing electronic storage, backup, archiving and retrieval of data, messages and digital content; planning, design and management of information technology systems, namely, configuration, implementation and management of information technology systems in the field of information technology security and configuration, implementation and management of other information technology networks on behalf of others

FIRST USE 5-31-2018; IN COMMERCE 5-31-2018

The mark consists of the word "SPECTRUM" with a triangular arrow to the right and the word "BUSINESS" underneath the word "SPECTRUM".

OWNER OF U.S. REG. NO. 4952769, 5172050, 5028677

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS"

SER. NO. 88-132,817, FILED 09-26-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.